IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

HERSHEL J. PAXTON, JR.                                                    PLAINTIFF

v.                          Civil No. $05\text{-}3064$

JO ANNE B. BARNHART, Commissioner,
Social Security Administration                                          DEFENDANT

## ORDER

Plaintiff has submitted a complaint for filing in this district, together with a request for

leave to proceed *in forma pauperis*. After review, it is found that plaintiff is unable to pay for the

costs of commencement of suit and, accordingly, the following order is entered this 6th day of

December 2005:

IT IS HEREBY ORDERED that plaintiff's motion for leave to proceed *in forma pauperis*

is granted and the clerk is hereby directed to file the complaint *nunc pro tunc* as of December 5,

2005. Additionally, the court hereby directs that a copy of the complaint filed herein, along with

a copy of this order, be served by the plaintiff by certified mail, return receipt requested, on the

defendant, Jo Anne B. Barnhart, Commissioner, Social Security Administration, as well as Alberto

R. Gonzales, U.S. Attorney General, and Mark W. Webb, Assistant U.S. Attorney, without

prepayment of fees and costs or security therefor. The defendant is ordered to answer within sixty

(60) days from the date of service.

IT IS SO ORDERED.

*Beverly Stites Jones*

HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE
U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 05 2005

CHRIS R. JOHNSON, CLERK

BY        *Connie Seat*
                DEPUTY CLERK